## CASE ANNOUNCEMENTS
*December 16, 2013*

[Cite as *12/16/2013 Case Announcements*, 2013-Ohio-5476.]

### MOTION AND PROCEDURAL RULINGS

**In re Howard.**
On September 24, 2004, this court found Gregory T. Howard to be a vexatious litigator under S.Ct.Prac.R. 4.03. This court further ordered that Howard was prohibited from continuing or instituting legal proceedings in the court without obtaining leave. On December 11, 2013, Howard presented a motion for leave to file a motion for recovery of damages.

It is ordered by the court that the motion for leave to file a motion is denied.